IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. CROSBY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:17cv64-WHA |
| | ) | |
| REBECCA OATES, JULIA JORDAN | ) | (WO) |
| WELLER, AND LUTHER STRANGE, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, FINAL JUDGMENT is entered in favor of the Defendants and against William L. Crosby.

Done this 28th day of April, 2017.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE